SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2002

at 2 o'clock and 55 min P .M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR 02-00547 DAE |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) 18 U.S.C. § 2262(a)(1) |
| KENNETH CHARLES McNEIL, also known as "Chip," | ) |
| Defendant. | ) |

SEALED
BY ORDER OF THE COURT

### INDICTMENT
(18 U.S.C. § 2262(a)(1))

The Grand Jury charges that:

On or about May 22, 2002, in the District of Hawaii, Defendant KENNETH CHARLES McNEIL traveled in interstate commerce with the intent to engage in conduct that violates the portion of a protection order that prohibits and provides protection against contact, communication with, and physical proximity to, another person, and subsequently on or about May 26, 2002, engaged in such conduct; that is: (1) on or about May 22, 2002, Defendant

McNEIL traveled by interstate commercial aircraft from Texas to Hawaii with the intent to contact, communicate with, and be in physical proximity to J.B., a minor child, in violation of a protection order issued on September 25, 2001, by the District Court of the First Circuit, State of Hawaii; and (2) on or about May 26, 2002, Defendant McNEIL violated such protection order by contacting, communicating with, and being in physical proximity to J.B., a minor child.

All in violation of Title 18, United States Code, Section 2262(a)(1).

DATED: December 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. KENNETH CHARLES McNEIL
Cr. No. _____ (Indictment)