# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 4, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00547ALA |
| CASE NAME: | UNITED STATES OF AMERICA v. KENNETH CHARLES MCNEIL aka "Chip" |
| ATTYS FOR PLA: | Marshall H. Silverberg<br>Lynelle Torikai, Case Agent, FBI |
| ATTYS FOR DEFT: | Howard Luke<br>Peter Van Name Esser |
| USPO: | Peter D. Yoshihara |

| | | | |
|---|---|---|---|
| JUDGE: | Ann L. Aiken | REPORTER: | Stephen Platt |
| DATE: | August 4, 2006 | TIME: | 10:00 - 11:15 |

COURT ACTION:     RE-SENTENCING AS TO COUNT 1 OF THE INDICTMENT

The defendant is present in custody.
Allocution by the defendant.
Diane McNeil, the defendant's mother, addressed the Court.

The Court recessed to allow Mr. Luke to discuss the issues with co-counsel, defendant, counsel for the government and probation officer.

(After the recess this hearing will reconvene in Aha Kaulike. The Reporter will be Sharon Ross and Courtroom Manager Leslie Sai.

Submitted by: David H. Hisashima, Courtroom Manager