# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/04/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00547AA |
| CASE NAME: | United States of America vs. Kenneth Charles McNeil aka "Chip" |
| ATTYS FOR PLA: | Marshall H. Silverberg and Lynelle Torikai-Agent |
| ATTYS FOR DEFT: | Howard Luke and Peter Van Name Esser |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Ann Aiken | REPORTER: | Sharon Ross |
| DATE: | 08/04/06 | TIME: | ll:37am-ll:57am |

Second Portion of Hearing-
COURT ACTION:  EP: Resentencing as to Count 1 of the Indictment-Defendant present in Custody.

Defendant addresses the Court.

Sentence-

Imprisonment-50 Months

Mittimus Forthwith.

Credit for time Served

Supervised Release-3 Years

Special Conditions of Supervised Release-

1.   The defendant is prohibited from possessing any illegal or dangerous weapons.

2.   The defendant shall participate in a mental health program at the direction and discretion of the Probation Office.  The Probation Office shall be provided any and all psyhological evaluations necessary to design a therapeutic program for which the defendant shall be responsible for the costs of mental health treatment,

      including aftercare costs necessary for the successful completion of the treatment.

3. The defendant shall provide the Probation Office with access to any requested financial information.

4. The defendant shall have no contact with the victim, JB or any member of the Coe family without prior written approval from the Probation Office.

5. The defendant shall be discharged to the Western District of Tennessee to serve the term of supervised release.

6. The defendant will serve up to 90 days in a community corrections center. During this period, the Probation Office will arrange an appropriate therapeutic program for the defendant, assess and put him to work, and set expectations regarding supervised release. The defendant may be released earlier than the 90 day period if deemed appropriate by the Probation Office.

Court Waives the VCCA mandatory Drug Testing.

Special Assessment-$100.00.


Submitted by Leslie L. Sai, Courtroom Manager