IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED'06 AUG 31 AM ...
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 02-00547-001AA |
| Plaintiff ) | |
| ) | ORDER REGARDING BUREAU |
| vs. ) | OF PRISONS DESIGNATION OF |
| ) | KENNETH CHARLES "CHIP" MCNEIL |
| KENNETH CHARLES "CHIP" MCNEIL, ) | TO FEDERAL DETENTION CENTER |
| ) | HONOLULU |
| Defendant ) | |

## ORDER REGARDING CUSTODY DESIGNATION OF DEFENDANT KENNETH CHARLES "CHIP" MCNEIL TO FDC HONOLULU

It is the recommendation of the Court to the Bureau of Prisons that Defendant Kenneth Charles "Chip" McNeil remain at FDC Honolulu until such time that he is discharged from imprisonment. Upon his discharge from imprisonment on or about 10/17/2006, the defendant is to report for commencement of Supervised Release in the Western District of Tennessee.

DATED: Honolulu, Hawaii; August 31, 2006

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE