PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

ORIGINAL

RECEIVED

RECE...

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR 02-00547AA-01 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| KENNETH CHARLES aka "CHIP" MCNEIL | District of Hawaii | Honolulu |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Ann Aiken |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/20/2006 | TO 10/19/2009 |
|---|---|---|

OFFENSE

18 U.S.C. 2262(a)(1) - Interstate Travel With the Intent to Violate a Protective Order

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/30/06
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/7/06
_____
Effective Date

_____
United States District Judge