**RECEIVED**
CLERK, U.S DISTRICT COURT
FEB - 1 2007
\>:45
SUE BEITIA
CLERK
DISTRICT OF HAWAII

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850



TEL (808) 541-1300
FAX (808) 541-1303

January 15, 2007

Clerk of Court
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN  38103

   Re: U.S.A. vs. Kenneth Charles aka "Chip" McNeil
      CR 02-00547AA-01

06-20455 - Ma

Dear Sir or Madam Clerk:

   Pursuant to Rule 22 of the Federal Rules of Criminal Procedures, enclosed are the following documents:

      Certified copy of the Indictment
      Certified copy of the Judgment and Commitment
      Certified copy of the Transfer of Jurisdiction
      Certified copy of the Docket Sheet

   Please acknowledge receipt on the copy of this letter and return.

                 Sincerely,
                 Sue Beitia, Clerk

                 By Deputy Clerk

encls.
cc: U.S. Probation - Honolulu, HI
    U.S. Probation - Western District of Tennessee

Receipt by:  Clerk, U.S. District Court

Date: 1/19/07